QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Bruce E. Van Dalsem (Bar No. 124128)
  brucevandalsem@quinnemanuel.com
  Yonaton Rosenzweig (Bar No. 248137)
  yonirosenzweig@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Plaintiffs
Alliance Atlantis Releasing Limited, dba Momentum Pictures, Aurum Producciones S.A., and Alliance Films Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLIANCE ATLANTIS RELEASING LIMITED, an England and Wales corporation, dba MOMENTUM PICTURES,<br><br>              Plaintiff,<br><br>      vs.<br><br>BOB YARI PRODUCTIONS, a California corporation; and DOES 1-10,<br><br>              Defendants. | CASE NO. CV 08-05526 GW (SSx)<br><br>**NOTICE OF LODGING OF PROPOSED JUDGMENT**<br><br>Date:       April 28, 2010<br>Crtrm.:     10<br><br>Hon. George Wu<br><br>[Proposed Judgment filed and lodged concurrently herewith] |
| ALLIANCE ATLANTIS RELEASING LIMITED, an England and Wales corporation, dba MOMENTUM PICTURES, AURUM PRODUCCIONES S.A., a Spain corporation, and ALLIANCE FILMS INC., a Canada corporation,<br><br>              Plaintiffs,<br><br>      vs.<br><br>BOB YARI PRODUCTIONS, aka PERSIK PRODUCTIONS, INC. a California corporation; and DOES 1-10,<br><br>              Defendants. | **CASE NO. CV 09-01618 GW (SSx)** |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT pursuant to the Courts' order granting
3  Plaintiffs' Motion for Summary Judgment on April 13, 2010 and the Court's request
4  at the hearing on the motion, Plaintiffs Alliance Atlantis Releasing Limited dba
5  Momentum Pictures, Alliance Films Inc., and Aurum Producciones, S.A. are
6  respectfully lodging a proposed judgment for the CV 09-1618 matter and filing the
7  same herewith.

9  DATED: April 28, 2010        QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

                                  By /s/
                                    Yonaton Rosenzweig
                                    Attorneys for Plaintiffs
                                    Alliance Atlantis Releasing Limited, dba
                                    Momentum Pictures, Aurum Producciones
                                    S.A., and Alliance Films Inc.